UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 21 P 4: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JOHN DIOSA )<br>  Petitioner )<br> )<br>v. )<br> )<br>JOHN ASHCROFT, Attorney General )<br>AND )<br>BRUCE CHADBORNE, District Director, U.S. )<br>IMMIGRATION AND )<br>CUSTOMS ENFORCEMENT )<br>  Respondent ) | NO. 05-10103 RGS |

## NOTICE OF APPEAL

Now comes the Petitioner, John Diosa, through Counsel and gives Notice of Appeal to the United States Court of Appeals for the First Circuit, of the denial of his Petition for Writ of Habeas Corpus and Emergency Stay of Removal. The Order is dated January 20, 2005.

Respectfully Submitted,

the Petitioner
By his Attorney

Date: 1/21/05

Jeff Ross, Esq.
Ross & Associates
20 Park Plaza, Suite 633
Boston, MA 02116
(617) 338-4040
BBO: 648972

CERTIFICATION

I hereby certify that on the 21st day of January 2005, I delivered a true copy of the within via hand and US Mail to Michael P. Sady, Assistant US Attorney, Moakley Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02203 and by US Mail to Frank Crowley, Special Assistant US Attorney, DHS, PO BOX 8728, JFK Station, Boston, MA 02114.