## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10103

John Diosa

v.

John Ashcroft, et al

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/21/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 27, 2005.

Tony Anastas, Clerk of Court

By: *Jeanette Ramos*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 1/27/05 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10103-RGS

Diosa v. Chadborne                          Date Filed: 01/14/2005
Assigned to: Judge Richard G. Stearns       Jury Demand: None
Cause: 28:2241 Petition for Writ of Habeas  Nature of Suit: 460
Corpus (federa                              Deportation
                                            Jurisdiction: Federal Question

### Petitioner

**John Diosa**                  represented by **Jeff Ross**
                                               Ross & Associates
                                               540 Tremont Street
                                               Suite 8
                                               Boston, MA 02116
                                               617-338-4040
                                               Fax: 617-542-4646
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE*
                                               *NOTICED*

V.

### Defendant

**Bruce Chadborne**
*District Director U.S.*
*Immigration and Customs*
*Enforcement*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2005 | 1 | Petition (2241) against Bruce Chadborne Filing fee: $ |

| | | |
|---|---|---|
| | | 5., receipt number 61473, filed by John Diosa. (no civil cat sheet to link to)(Flaherty, Elaine) (Entered: 01/18/2005) |
| 01/14/2005 | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Flaherty, Elaine) (Entered: 01/18/2005) |
| 01/18/2005 | ●2 | Emergency MOTION to Stay deportation by John Diosa.(Flaherty, Elaine) (Entered: 01/19/2005) |
| 01/19/2005 | ●3 | Judge Richard G. Stearns : ORDER entered denying 2 Motion to Stay (Flaherty, Elaine) (Entered: 01/19/2005) |
| 01/19/2005 | ● | Civil Case Terminated. (Flaherty, Elaine) (Entered: 01/20/2005) |
| 01/19/2005 | ● | Case file sent to Western District LA. Pleadings sent by fax due to time sensitivity of matter.(Flaherty, Elaine) (Entered: 01/20/2005) |
| 01/21/2005 | ●4 | NOTICE OF APPEAL as to 3 Order on Motion to Stay by John Diosa. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/10/2005. (Flaherty, Elaine) (Entered: 01/26/2005) |